## ATTACHMENT A

### Property to be Searched

This Warrant applies to information associated with any accounts at Discord, Inc. ("DISCORD"), associated with the following account identifiers:

- User ID: 459434556081176576
- Username: bokunobubbles#0
- Email: kuhaspolchies@yahoo.com
- Name of registrant: Kuhas Polchies

and which are stored at premises owned, maintained, controlled, or operated by DISCORD, Inc., 444 De Haro St., Suite 200, San Francisco, CA, 94107.